FILED
Oct 23 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ VeronicaCota  DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23CR2092-BTM |
| Plaintiff, | **JUDGMENT AND ORDER OF DISMISSAL** |
| v. | |
| JASON ALBERTO ARCE, | **[APS DIVERSION]** |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing, the Motion to Dismiss is GRANTED.

The Court HEREBY ORDERS:

That the above-entitled case be dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 23, 2024

_____
HON. LUPE RODRIGUEZ, JR.
UNITED STATES MAGISTRATE JUDGE